UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BMK REALTY, LLC, et al.,

      Plaintiff(s),

v.

HOLIDAY HOSPITALITY
FRANCHISING, LLC,

      Defendant(s).

Case No. 25-cv-13975

Honorable Robert J. White

---

**STIPULATED ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT HOLIDAY HOSPITALITY FRANCHISING, LLC'S MOTION TO TRANSFER, STAY, OR DISMISS PURSUANT TO THE FIRST-FILED RULE, RULE 12(B)(3), AND/OR 28 U.S.C. § 1404(A)**

---

This Stipulated Order is submitted to the Court on the stipulation and agreement by and between Plaintiffs MAJID KOZA and BMK REALTY, LLC (collectively, the "<u>Plaintiffs</u>") and Defendant HOLIDAY HOSPITALITY FRANCHISING, LLC ("<u>Defendant</u>"), by and through their respective undersigned attorneys, and the Court being otherwise fully advised in the premises:

**WHEREAS**, Plaintiffs filed this action on November 19, 2025, in the Oakland County Circuit Court;

1

**WHEREAS**, Defendant removed the pending Oakland County Circuit Court case to this Court on December 10, 2025 [Dkt No. 1];

**WHEREAS**, on December 11, 2025, Defendant filed *Defendant Holiday Hospitality Franchising, LLC's Motion To Transfer, Stay, Or Dismiss Pursuant To The First-Filed Rule, Rule 12(b)(3), And/Or 28 U.S.C. § 1404(A)* [Dkt No. 4] (the "Motion");

**WHEREAS**, the parties have agreed to extend Plaintiffs' deadline to respond to the Motion for 25-days through **January 27, 2026**; and

**WHEREAS**, the parties have further agreed that no other activity will transpire in the instant case pending expiration of the extended response deadline.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' deadline to respond to the Motion is extended through **January 27, 2026** and no other activity will transpire in this case pending expiration of such extended response deadline.

This is not a final Order and does not close the case.

SO ORDERED.

Dated: December 18, 2025          s/Robert J. White
                                  Robert J. White
                                  United States District Judge

2

**STIPULATED TO:**

| | |
|---|---|
| */s/ Robert M. Carson* | */s/ Eric P. Conn* |
| CARSON FISCHER, P.L.C. | FAHEY SCHULTZ BURZYCH |
| Robert M. Carson (P11682) | RHODES PLC |
| Christopher A. Grosman (P58693) | Mark J. Burzych (P43793) |
| *Attorneys for Plaintiffs* | Eric P. Conn (P64500) |
| 4111 Andover Rd. | Mitchell F. Zolton (P84765) |
| West – 2nd Floor | *Attorneys for Defendant* |
| Bloomfield Hills, MI  48302 | 4151 Okemos Rd. |
| (248) 644-4840 | Okemos, MI 48864 |
| | (517) 381-0100 |

3